**Leon FERGUSON-EL, Plaintiff-Appellant,**

v.

**J. HORTON, Institutional Investigator; Burnette, Institutional Investigator; T. Dowell, Institutional Program Manager, Defendants-Appellees.**

No. 16-7705

United States Court of Appeals, Fourth Circuit.

Submitted: April 14, 2017

Decided: May 3, 2017

Leon Ferguson-El, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Ferguson-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ferguson-El v. Horton*, No. 7:16-cv-00120-MFU-RSB, 2016 WL 7031804 (W.D. Va. Dec. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*